IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

**CASE NUMBER: 4:10cr54-RH**

v.

**PETE PALOMINO,**
**DEMETRIUS HARRIS**
**CLEMENT HOARDES,**
**TELLY THOMAS,**
**JAMAR BAILEY**

_____/

## NOTICE OF PENDENCY OF OTHER
## OR PRIOR SIMILAR ACTIONS

The United States of America, by Pamela C. Marsh, United States Attorney for the Northern District of Florida, and the undersigned Assistant United States Attorney, does hereby notifies this Honorable Court, pursuant to Rule 5.1(G) of the Local Rules of the United States District Court, Northern District of Florida, of the existence of a similar case which concerns issues of law and facts common and identical with that of the above-captioned case. The other case is entitled  _United States v. Sanchez LEE_, Case No. 4:10cr54-RH, which is currently pending a jury trial setting for Monday, May 2, 2011.  The case involving the above captioned defendants involves facts and evidence which arose from a common criminal investigation-in fact, the evidence which forms the basis for the instant case is largely identical save for specific information regarding the actions of these defendants relative to the Title 21 conspiracy alleged in Count One.  The other defendant (LEE) was positively identified and linked to the conspiracy several months after the indictment of these conspirators, whose case is currently set for trial on April 4, 2011.   The Government would assert that it would be a more

efficient use of Court time and resources to have these defendants tried in a single hearing as opposed to relitigating the same issues in multiple hearings.  There is also the possibility that additional defendants may elect to enter a change of plea to the allegations pending against them, as has been the case through the multiple superseding indictments in this case.

WHEREFORE, the United States respectfully request this Honorable Court to grant the requested relief.

>Respectfully submitted,
>
>PAMELA C. MARSH
>UNITED STATES ATTORNEY
>
>*/s Eric K. Mountin*
>ERIC K. MOUNTIN
>Assistant United States Attorney
>Northern District of Florida
>Texas Bar Number 00784649
>111 N. Adams St., 4th Floor
>Tallahassee, Florida 32301
>(850) 942-8430

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed via the CM/ECF electronic case filing system on this 9th day of March, 2011, and all registered counsel of record will be notified electronically.

>*/s Eric K. Mountin*
>ERIC  K. MOUNTIN
>Assistant United States Attorney