**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

                        **CASE NUMBER: 4:10cr54-RH**

**v.**

**PETE PALOMINO,
DEMETRIUS HARRIS
CLEMENT HOARDES,
SANCHEZ LEE,
CHRIS RANSOM,
TELLY THOMAS,
JAMAR BAILEY**

_____/

**NOTICE OF PENDENCY OF OTHER
OR PRIOR SIMILAR ACTIONS**

The United States of America, by Pamela C. Marsh, United States Attorney for the Northern District of Florida, and the undersigned Assistant United States Attorney, does hereby notifies this Honorable Court, pursuant to Rule 5.1(G) of the Local Rules of the United States District Court, Northern District of Florida, of the existence of a similar case which concerns issues of law and facts common and identical with that of the above-captioned case but which has been set for trial on a separate date.  The other case is entitled  _United States v. Telly THOMAS_ Case No. 4:10cr54-RH, which has been set for jury trial setting on Monday, June 6, 2011.  The case involving the above captioned defendants involves facts and evidence which arose from a common criminal investigation-in fact, the evidence which forms the basis for the

instant case is largely identical save for specific information regarding the actions of each of these defendants relative to the Title 21 conspiracy alleged in Count One.  The other defendant (THOMAS) was previously joined in Count One, but was then the subject of additional substantive Counts in the fifth superseding indictment in this case number based on new criminal conduct.  Cases for the remaining defendants (except for PALOMINO and HOARDES, who remain at large) are  currently set for trial on May 2, 2011.   The Government would asset that it would be a more efficient use of Court time and resources to have these defendants tried in a single hearing as opposed to relitigating identical issues in multiple hearings.  It should further be noted that it is likely, based upon current negotiations between defense counsel and the Government that additional defendants may elect to enter a change of plea to the allegations pending against them, as has been the case through the multiple superseding indictments in this case.

WHEREFORE, the United States respectfully request this Honorable Court to grant the requested relief.

> Respectfully submitted,
>
> PAMELA C. MARSH
> UNITED STATES ATTORNEY
>
> */s Eric K. Mountin*
> ERIC K. MOUNTIN
> Assistant United States Attorney
> Northern District of Florida
> Texas Bar Number 00784649
> 111 N. Adams St., 4th Floor
> Tallahassee, Florida 32301
> (850) 942-8430

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be made available by electronic case filing this 21st day of April, 2011, to all counsel(s) of record.

*/s Eric K. Mountin*
ERIC  K. MOUNTIN
Assistant United States Attorney